IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**REGINALD D. BRADLEY**                                                              **PLAINTIFF**

v.                                                                                               **NO. 1:11CV92-A-S**

**BUTCH HOWARD, ET AL.**                                                         **DEFENDANTS**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated September 1, 2011, and the September 16, 2011, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated September 1, 2011, is hereby **APPROVED** and adopted as the opinion of the court.

2. That all of the plaintiffs claims against defendants Butch Howard, Strictlin, Billy Pickens, Jessie Brooks, Brown, C. Lester, Drungo, Jeremy Brooks, B., Farley, Bracklin, Trimble, and McKay are **DISMISSED** with prejudice.

3. That the plaintiff's claims against defendants Barry Stanford, Simon, and Noland will **PROCEED**.

THIS, the 28th day of December, 2011.

                                                                          **/s/ Sharion Aycock**
                                                                           **U.S. DISTRICT JUDGE**